AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>13-1764 | DATE FILED<br>4/4/2013 |

US DISTRICT COURT, EASTERN DISTRICT OF PA
ROOM 2609
601 MARKET STREET, PHILADELPHIA, PA 19106

| PLAINTIFF | DEFENDANT |
|---|---|
| MALIBU MEDIA, LLC | JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 67.165.18.163 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | (SEE ATTACHED) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |||
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK || AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Copyrights-In-Suit for IP Address 67.165.18.163

**ISP:** Comcast Cable
**Location:** Doylestown, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Amazing Grace | PA0001806477 | 09/14/2012 | 09/19/2012 | 09/21/2012 |
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 01/11/2012 |
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 07/21/2012 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/20/2013 |
| Being Me | PA0001802560 | 08/15/2012 | 08/21/2012 | 08/22/2012 |
| Blonde Ambition | PA0001779796 | 03/05/2012 | 03/06/2012 | 03/07/2012 |
| Breakfast in Bed | PA0001787253 | 04/16/2012 | 04/17/2012 | 07/29/2012 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 08/22/2012 |
| Carmen An Afternoon to Remember | PA0001775902 | 02/13/2012 | 02/17/2012 | 02/19/2012 |
| Casual Affair | PA0001800471 | 08/01/2012 | 08/05/2012 | 08/11/2012 |
| Close to the Edge | PA0001800579 | 08/06/2012 | 08/07/2012 | 08/11/2012 |
| Come To My Window | PA0001799576 | 07/27/2012 | 07/31/2012 | 07/29/2012 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 08/16/2012 |
| Dream Come True | PA0001800356 | 07/13/2012 | 07/20/2012 | 07/21/2012 |
| Evening at Home Part #2 | PA0001785204 | 04/04/2012 | 04/04/2012 | 04/07/2012 |
| Faye Prelude to an Orgy | PA0001776836 | 02/11/2011 | 02/21/2012 | 07/02/2012 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 09/10/2012 |
| Fucking Perfection | PA0001789507 | 06/24/2011 | 05/11/2012 | 08/26/2012 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 07/02/2012 |
| Heavenly Brunettes | PA0001780766 | 03/07/2012 | 03/14/2012 | 03/09/2012 |
| Her First Threesome | PA0001791349 | 07/27/2011 | 05/25/2012 | 09/25/2012 |

EXHIBIT B

EPA134

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Inspiration | PA0001801714 | 08/10/2012 | 08/14/2012 | 08/04/2012 |
| Introducing Kaylee | PA0001783646 | 04/01/2012 | 04/03/2012 | 04/07/2012 |
| Kristen Girl Next Door | PA0001762076 | 08/25/2010 | 11/18/2011 | 10/09/2012 |
| Leila Faye Awesome Threesome | PA0001776804 | 02/02/2011 | 02/21/2012 | 03/09/2012 |
| Leila Sex on the Beach | PA0001762083 | 12/22/2010 | 11/21/2011 | 10/11/2012 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 03/02/2012 |
| Lovers Quarrel | PA0001814247 | 11/13/2012 | 11/28/2012 | 11/12/2012 |
| Lunchtime Fantasy | PA0001781702 | 03/19/2012 | 03/19/2012 | 06/16/2012 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 09/19/2012 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 07/26/2012 |
| Perfect Girls | PA0001783454 | 03/28/2012 | 03/28/2012 | 03/29/2012 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 09/01/2012 |
| Positively In Love | PA0001800358 | 07/04/2012 | 07/11/2012 | 07/21/2012 |
| Private Time | PA0001804966 | 07/31/2012 | 08/21/2012 | 08/26/2012 |
| Red Hot | PA0001810503 | 10/12/2012 | 10/14/2012 | 10/16/2012 |
| Roommates | PA0001786265 | 04/10/2012 | 04/11/2012 | 04/13/2012 |
| Russian Invasion | PA0001808629 | 09/26/2012 | 09/28/2012 | 09/28/2012 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 02/19/2013 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 09/01/2012 |
| Silvie Eufrat Strip Poker | PA0001775909 | 02/06/2012 | 02/17/2012 | 03/10/2012 |
| Starting Over | PA0001803663 | 08/27/2012 | 09/10/2012 | 08/31/2012 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/04/2012 |
| Strawberry Blonde | PA0001794450 | 06/22/2012 | 06/25/2012 | 07/26/2012 |
| Sunday Afternoon | PA0001800353 | 07/06/2012 | 07/11/2012 | 07/21/2012 |
| The Art of Anal Sex | PA0001776834 | 04/25/2011 | 02/21/2012 | 08/22/2012 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 12/10/2012 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 08/22/2012 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 09/25/2012 |
| Tiffany Sex with a Supermodel | PA0001762022 | 02/23/2011 | 11/21/2011 | 10/03/2012 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 08/30/2012 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 09/19/2012 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 01/16/2013 |
| Wet Dream | PA0001800357 | 07/20/2012 | 07/20/2012 | 07/26/2012 |
| White Hot | PA0001800472 | 08/02/2012 | 08/05/2012 | 08/04/2012 |
| Wild at Heart | PA0001785969 | 04/08/2012 | 04/09/2012 | 04/13/2012 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/01/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 07/02/2012 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 02/16/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 59**